# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| THEODORE J. TEDESCO and BARBARA CROSS-TEDESC, <br><br> Plaintiffs, <br><br> v. <br><br> MAC'S CONVENIENCE STORES LLC d/b/a, CIRCLE K, <br><br> Defendant. | CASE NO. 1:21-cv-0626-TAB-JRS <br><br> Hon. Tim A. Baker <br> Magistrate Judge <br> Presiding by Consent |

## **REQUEST FOR JUDICIAL NOTICE OF BANKRUPTCY FILINGS**

Theodor J. Tedesco, Barabara Cross-Tedesco, and U.S. Bankruptcy Trustee Gary F. Seitz respectfully request that the Court take judicial notice of the following filings in the case *In re Theodore Joseph Tedesco*, No. 2:19-bk-17166 (E.D. Pa. Bankr. *filed* Nov. 14, 2019), which are attached to this request and as exhibits to *the Designation of Evidence in Opposition to Motion for Summary Judgment*, [DE 65]:

- United States Trustee's Motion to Reopen Case, *In re Theodore Joseph Tedesco*, No. 2:19-bk-17166, [Dkt. 67] (E.D. Pa. Bankr. May 4, 2022), [attached hereto as Exh. 1]; [DE 65-1];

- Order Reopening Case, *In re Theodore Joseph Tedesco*, No. 2:19-bk-17166, [Dkt. 73] (E.D. Pa. Bankr. June 9, 2022), [attached hereto as Exh. 2]; [DE 65-2];

- Notice of Appointment of Trustee Reappointed, *In re Theodore Joseph Tedesco*, No. 2:19-bk-17166, [Dkt. 74] (E.D. Pa. Bankr. June 10, 2022), [attached hereto as Exh. 3]; [DE 65-3]; and

- Application of the Chapter 7 Trustee for Authority to Employ Lance Ladendorf and Pavlack Law LLC as Special Counsel, *In re Theodore*

*Joseph Tedesco*, No. 2:19-bk-17166, [Dkt. 76] (E.D. Pa. Bankr. June 13, 2022), [attached hereto as Exh. 4]; [DE 65-4].

This request is made pursuant to Rule 201 of the Federal Rules of Evidence and the authorities cited below.

### ARGUMENT

This Court "may judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(b)(2). This Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." FED. R. EVID. 201(c)(2). "[T]he most frequent use of judicial notice of ascertainable facts is in noticing the content of court records." *Colonial Penn Ins. Co. v. Coil*, 887 F.2d 1236, 1239 (4th Cir. 1989) (citation and quotation marks omitted). Rule 201 permits "courts [to] take judicial notice of papers filed in other courts as well as orders issued by other courts." *Herz v. Hamilton*, No. 1:15-cv-161-WTL-DML, 2015 U.S. Dist. LEXIS 32475, at *3–4, 2015 WL 1224516 (S.D. Ind. Mar. 17, 2015) (citations omitted). Judicial notice is appropriate when the proceedings in the other court have a direct relation to the proceedings before this Court. *Opoka v. INS*, 94 F.3d 392, 394 (7th Cir. 1996).

The filings in Mr. Tedesco's bankruptcy case are directly related to these proceedings because Defendant, Mac's Convenience Stores LLC, through its *Motion for Summary Judgment*, [DE 57], has placed those proceedings at issue in this action. Bankruptcy filings are routinely subject to judicial notice. *See, e.g.*, *Rainey v. UPS*, 466 F. App'x 542, 545 (7th Cir. 2012) ("we can take judicial notice of proceedings

2

in the bankruptcy court"); *Bargo v. Porter Cnty. Ind.*, No. 2:16-CV-177-JVB-JEM, 2017 U.S. Dist. LEXIS 112769, at *7–8, 2017 WL 3107161 (N.D. Ind. July 19, 2017) (taking judicial notice of filings made in plaintiff's bankruptcy case).

WHEREFORE, Theodor J. Tedesco, Barabara Cross-Tedesco, and U.S. Bankruptcy Trustee Gary F. Seitz respectfully request the Court take judicial notice of the documents attached as Exhibits A, B, C, D & E to *Motion to Substitute U.S. Bankruptcy Trustee Gary F. Seitz as Real Party in Interest in Lieu of Theodore J. Tedesco* and *Response in Opposition to Motion for Summary Judgment* and for all other just and proper relief.

Respectfully Submitted,

/s/ *Colin E. Flora*
Eric S. Pavlack, #21773-49
Colin E. Flora, #29114-49
Lance R. Ladendorf, #30721-49
PAVLACK LAW, LLC
50 E. 91st St., Ste. 305
Indianapolis, IN 46240
(317) 251-1100
(317) 252-0352 *fax*
*Eric@PavlackLawFirm.com*
*Colin@PavlackLawFirm.com*
*Lance@PavlackLawFirm.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed with the Court's ECF system on June 16, 2022. A copy will be sent electronically to all counsel of record by operation of the ECF system.

/s/ *Colin E. Flora*
Colin E. Flora