UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GARY F. SEITZ, Trustee of the Bankruptcy Estate of Theodore Joseph Tedesco, and BARBARA CROSS-TEDESCO,<br><br>Plaintiffs,<br><br>v.<br><br>MAC'S CONVENIENCE STORES LLC d/b/a, CIRCLE K,<br><br>Defendant. | CASE NO. 1:21-cv-0626-TAB-JRS<br><br>Hon. Tim A. Baker<br>Magistrate Judge<br>Presiding by Consent |

**ORDER GRANTING**
**REQUEST FOR JUDICIAL NOTICE OF BANKRUPTCY FILINGS**

This matter comes before the Court on the Request for Judicial Notice of Bankruptcy Filings, [DE 66]. The Court, being duly advised, hereby grants that Request.

IT IS THEREFORE ORDERED that the Court takes judicial notice of:

- United States Trustee's Motion to Reopen Case, *In re Theodore Joseph Tedesco*, No. 2:19-bk-17166, [Dkt. 67] (E.D. Pa. Bankr. May 4, 2022), [attached hereto as Exh. 1]; [DE 65-1];

- Order Reopening Case, *In re Theodore Joseph Tedesco*, No. 2:19-bk-17166, [Dkt. 73] (E.D. Pa. Bankr. June 9, 2022), [attached hereto as Exh. 2]; [DE 65-2];

- Notice of Appointment of Trustee Reappointed, *In re Theodore Joseph Tedesco*, No. 2:19-bk-17166, [Dkt. 74] (E.D. Pa. Bankr. June 10, 2022), [attached hereto as Exh. 3]; [DE 65-3]; and

- Application of the Chapter 7 Trustee for Authority to Employ Lance

Ladendorf and Pavlack Law LLC as Special Counsel, *In re Theodore Joseph Tedesco*, No. 2:19-bk-17166, [Dkt. 76] (E.D. Pa. Bankr. June 13, 2022), [attached hereto as Exh. 4]; [DE 65-4].

_____      _____
Date                                                Magistrate Judge, United State District Court
                                                         Southern District of Indiana

Distribution:
All counsel of record via CM/ECF